**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HSBC BANK USA, N.A., AS INDENTURE TRUSTEE FOR THE REGISTERED NOTEHOLDERS OF RENAISSANCE HOME EQUITY LOAN TRUST 2006-3 | CASE NUMBER:1:12-cv-9954 |
| PLAINTIFF | |
| VS. | DISTRICT JUDGE: Ruben Castillo |
| BRIAN K. BURTON, BUENA VISTA UNIVERSITY, COLUMBIA COLLEGE CHICAGO, | MAGISTRATE JUDGE: Young B. Kim |
| DEFENDANT(S). | |

## MOTION FOR JUDGMENT FOR FORECLOSURE AND SALE

Plaintiff, by counsel, moves this Court for the entry of a Judgment for Foreclosure and Sale based on the pleadings of record with this Court.

Respectfully submitted,

__/s/ Julia M. Bochnowski_____
One of Plaintiff's Attorneys

Julia M. Bochnowski
Burke Costanza & Carberry LLP
Attorneys for Plaintiff
225 W. Washington St., Ste. 2200
Chicago, IL 60606
(219) 769-1313

{File: 00866105.DOC}